UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY JAMES, | CASE NO. 2:25-cv-01781-JHC |
| Plaintiff, | ORDER |
| v. | |
| H-MART NORTHWEST HEADQUARTERS OFFICE, et al., | |
| Defendants. | |

This matter comes before the Court sua sponte. On November 4, 2025, the Court ordered Plaintiff to show cause within 10 days why this action should not be dismissed for lack of subject-matter jurisdiction under Rule 12(b)(1). Dkt. # 7. Plaintiff has not done so. *See generally* Dkt.

Accordingly, the Court DISMISSES this action without prejudice.

Dated this 17th day of November, 2025.

John H. Chun
United States District Judge

ORDER - 1